IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS A. RICHARDSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Civil No. 22-03275-CV-S-MDH |
| ) | Crim. No. 18-03094-01-CR-S-MDH |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Before the Court is the question of whether Douglas Richardson should be granted a certificate of appealability.

The Court may issue a certificate of appealability only "where a petitioner has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c). To satisfy this standard, a petitioner must show that a "reasonable jurist" would find the district court ruling on the constitutional claim(s) "debatable or wrong." *Tennard v. Dretke*, 542 U.S. 274, 276 (2004). The Court concludes that Richardson has not met this standard regarding any of the claims asserted in the Section 2255 petition, and the Court will deny the certificate. *See* 28 U.S.C. § 2254, Rule 11(a).

Therefore, the issuance of a certificate of appealability is hereby **DENIED**.

**IT IS SO ORDERED.**

Date: June 20, 2024

                                                 */s/ Douglas Harpool*
                                                 **DOUGLAS HARPOOL**
                                                 **UNITED STATES DISTRICT JUDGE**